UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JULIO CESAR DELGADO RIVERA,** A# 246-173-167,<br><br>    Petitioner,<br> v.<br>PAMELA BONDI in her official capacity as Attorney General of the United States, *et al.*,<br><br>    Respondents. | **ORDER Scheduling TRO Briefs**<br><br>ED CV 26-01169-VBF-ACCV |

  Petitioner's counsel filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2241 and an application for a temporary restraining order ("TRO") last night.

  **No later than 11:59 p.m. on Sunday, March 15, 2026, respondents SHALL FILE a brief responding to the TRO application.**

  **No later than 11:59 p.m. on Monday, March 16, 2026, petitioner MAY REPLY.**

  The Court finds this matter suitable for resolution without oral argument.

  IT IS SO ORDERED.

Dated: March 13, 2026

                   */s/ Valerie Baker Fairbank*
                   Honorable Valerie Baker Fairbank
                   Senior United States District Judge