# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **JULIO CESAR DELGADO RIVERA,** | **ORDER** |
| Petitioner, | ED CV 26-01169-VBF-ACCV |
| v. | **PRELIMINARY INJUNCTION** |
| PAMELA BONDI in her official capacity as Attorney General of the United States, *et al.*, | |
| Respondents. | |

**Petitioner's application for a preliminary injunction is GRANTED.**

The Court rejects the respondents' specious argument that the TRO's release of petitioner from ICE detention somehow mooted the entire habeas corpus petition and PI application.  It is obvious that the habeas corpus petition sought and seeks far more relief than merely release from ICE detention, and that this Court's recent TRO awarded more relief than merely release from ICE detention.

**Pending final judgment herein and the resolution of any ensuing appeals, respondents continue to be enjoined from** imposing additional monitoring restrictions on Petitioner; and from re-detaining Petitioner absent the government's demonstration, at a pre-deprivation bond hearing, by clear and convincing evidence, that Petitioner is a flight

risk or danger to the community, such that his physical re-detention is required.

**No later than Friday, March 27, 2026, respondents shall file a notice of compliance** confirming that they have returned any confiscated property to Petitioner, including, but not limited to, identification and employment authorization documents.

Petitioner is not required to pay a security bond in this matter

IT IS SO ORDERED.

Dated: March 22, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge