JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR SALGADO RIVERA,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-01169-VBF-ACCV<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the May 26, 2026 Report and Recommendation of United States Magistrate Judge.  (Dkt. No. 19.)

DATED:  June 24, 2026

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
United States District Judge